MARY WAGNER v. OTIS ELEVATOR COMPANY.

July 23, 1985.

Petition for certification denied.

JACKIE F. WEISSMAN v. ROBERT V. WEISSMAN.

July 23, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. LINDSEY SOUTHWELL.

July 23, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. PETER PROSPER.

July 23, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. TYRONE JOHNSON.

July 23, 1985.

Petition for certification denied.